UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Harvey I. Marcus (21758)
250 Pehle Avenue, Suite 200
 Saddle Brook, NJ 07663
him@lawmarcus.com
Tel. 800-792-5500
Fax. 888-565-0403
Attorney for Debtor(s)

In Re:

Ann Siedzik,
　　　　　Debtor(s).

Order Filed on October 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-34249

Adv. No.

Hearing Date: October 17, 2019
Judge: Vincent F Papalia

**ORDER**
Withdrawing as Attorney

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: October 24, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

04/08/02

**(Page 2)**
Debtor(s): Ann Siedzik
Case No: 17-34249
Caption of Order: Order Withdrawing as Attorney

Upon consideration of the request by Harvey I. Marcus Attorney for Debtor(s) for an Order authorizing him to withdraw as Attorney for Debtor(s) and good cause appearing therefore, it is hereby

**ORDERED** that Harvey I. Marcus is authorized to withdraw as Attorney for Debtor(s) effective upon the entry of this Order.