| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices of Harvey I. Marcus (21758)<br>250 Pehle Avenue, Suite 200<br> Saddle Brook, NJ 07663<br>him@lawmarcus.com<br>Tel. 800-792-5500<br>Fax. 888-565-0403<br>Attorney for Debtor(s) | **Order Filed on October 24, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No. 17-34249<br><br>Adv. No.<br><br>Hearing Date: October 17, 2019<br>Judge: Vincent F Papalia |
| In Re:<br><br>Ann Siedzik,<br>            Debtor(s). | |

**ORDER**
Withdrawing as Attorney

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**DATED: October 24, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

04/08/02

**(Page 2)**
Debtor(s): Ann Siedzik
Case No: 17-34249
Caption of Order: Order Withdrawing as Attorney

Upon consideration of the request by Harvey I. Marcus Attorney for Debtor(s) for an Order authorizing him to withdraw as Attorney for Debtor(s) and good cause appearing therefore, it is hereby

**ORDERED** that Harvey I. Marcus is authorized to withdraw as Attorney for Debtor(s) effective upon the entry of this Order.

United States Bankruptcy Court
District of New Jersey

In re:  
Ann Siedzik  
    Debtor

Case No. 17-34249-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Oct 24, 2019  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2019.  
db           +Ann Siedzik,    569 Valley Rd,    Clifton, NJ 07013-2237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2019                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2019 at the address(es) listed below:  
         Andrew L. Spivack    on behalf of Creditor    ALLY BANK nj.bkecf@fedphe.com  
         Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Harvey I. Marcus    on behalf of Debtor Ann Siedzik him@lawmarcus.com  
         Laura M. Egerman    on behalf of Creditor    LoanCare, LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Nicholas V. Rogers    on behalf of Creditor    ALLY BANK nj.bkecf@fedphe.com  
         Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William M.E. Powers, III    on behalf of Creditor    Ally Bank ecf@powerskirn.com  
                                                                                                            TOTAL: 9