Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−34249−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Ann Siedzik
569 Valley Rd
Clifton, NJ 07013

Social Security No.:
xxx−xx−8645

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: November 18, 2021
JAN: sjp

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-34249-VFP |
| Ann Siedzik | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 18, 2021 | Form ID: cscnodsc | Total Noticed: 32 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ann Siedzik, 569 Valley Rd, Clifton, NJ 07013-2237 |
| cr | + | ALLY BANK, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | J.P. Morgan Mortgage Acquisition Corp. c/o Rushmor, PO Box 55004, Irvine, CA 92619-5004 |
| cr | + | LoanCare, LLC, RAS Crane, LLC, 10700 Abbott'Bridge s Road, Suite 170, Duluth, GA 30097-8461 |
| 517411393 | + | ALLY BANK, CENLAR FSB, BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 517281872 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 517206653 | + | IC System, Attn: Bankruptcy, 444 Highway 96 East, P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 519294271 | | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 519294272 | + | J.P. Morgan Mortgage Acquisition Corp., c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708, J.P. Morgan Mortgage Acquisition Corp. c/o Rushmore Loan Management Services 92619-2708 |
| 517280533 | + | KeyBank, N.A. as S.B.M. to First Niagara Bank, N.A, 4910 Tiedeman Road, Brooklyn, Ohio 44144-2338 |
| 518261994 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 518261995 | + | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450, LoanCare, LLC, P.O. Box 8068 Virginia Beach, VA 23450-8068 |
| 517206655 | | Sallie Mae Inc, PO Box 3319, Wilmington, DE 19804-4319 |
| 517206657 | + | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 18 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 18 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: RASEBN@raslg.com | Nov 18 2021 20:28:00 | LoanCare, LLC, RAS Crane, LLC, 10700 Abbott'Bridge s Road, Suite 170, Duluth, GA 30097-8461 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2021 20:34:29 | Synchrony Bank, c/o PRA Recievables Management, LL, POB 41021, Norfolk, VA 23541-1021 |
| 517206650 | | Email/Text: ebn@americollect.com | Nov 18 2021 20:29:00 | Americollect Inc, Po Box 1566, 1851 S Alverno Rd, Manitowoc, WI 54221 |
| 517206649 | + | Email/Text: EBNProcessing@afni.com | Nov 18 2021 20:29:00 | Afni, Po Box 3427, Bloomington, IL 61702-3427 |
| 517206651 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 18 2021 20:34:29 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517206652 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 18 2021 20:34:32 | Capital One Auto Finance, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517221615 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 18 2021 20:34:31 | Capital One Auto Finance, a division of Capital |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | On, AIS Portfolio Services, LP, P.O. Box 165028, Irving, TX 75016-5028 |
| 517315941 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 18 2021 20:34:31 | Capital One Auto Finance, c/o AIS Portfolio Servic, P.O. Box 4360, Houston, TX 77210-4360 |
| 517206646 | + | Email/Text: clientservices@credit-control.com | Nov 18 2021 20:29:00 | Central Loan Admin & Reporting, PO Box 77404, Trenton, NJ 08628-6404 |
| 517427558 | | Email/Text: G06041@att.com | Nov 18 2021 20:29:00 | Directv, LLC, by American InfoSource LP as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 517280531 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 18 2021 20:29:00 | KeyBank, N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 517206648 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Nov 18 2021 20:29:00 | Keybank Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 517206654 | | Email/Text: bk@mbb.net | Nov 18 2021 20:28:00 | Med Business Bureau, 1460 Renaissance Dr #400, Park Ridge, IL 60068 |
| 517387347 | | Email/PDF: pa_dc_claims@navient.com | Nov 18 2021 20:34:32 | NAVIENT CFC, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 517325589 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 18 2021 20:34:20 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.a., POB 41067, Norfolk VA 23541 |
| 517208224 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 18 2021 20:34:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517441559 | + | Email/Text: bncmail@w-legal.com | Nov 18 2021 20:29:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517206647 | ## | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 517206656 | ##+ | Security Credit Services, LLC, 2653 W Oxford Loop, Ste 108, Oxford, MS 38655-2929 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2021 at the address(es) listed below:

**Name**     **Email Address**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 18, 2021 | Form ID: cscnodsc | Total Noticed: 32 |

Denise E. Carlon
    on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Laura M. Egerman
    on behalf of Creditor LoanCare  LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Nicholas V. Rogers
    on behalf of Creditor ALLY BANK nj.bkecf@fedphe.com

Rebecca Ann Solarz
    on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com

Robert P. Saltzman
    on behalf of Creditor J.P. Morgan Mortgage Acquisition Corp. c/o Rushmore Loan Management Services LLC dnj@pbslaw.org

Sindi Mncina
    on behalf of Creditor LoanCare  LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers
    on behalf of Creditor Ally Bank ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor Ally Bank ecf@powerskirn.com

TOTAL: 10